MOUNTAIN PORTFOLIO OWNERS LA 2 LLC

VERSUS

GASHUB 9000 LLC ET AL

NO. 25-C-79

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

February 21, 2025

Jalisa Walker
Deputy Clerk

**IN RE** GASHUB 9000 LLC

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
ELLEN SHIRER KOVACH, DIVISION "K", NUMBER 851-533

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT DENIED; STAY DENIED**

In this emergency writ application, relator, GASHUB 9000 LLC, seeks review
of the trial court's denial of its motion for suspensive appeal and requests a stay of
the eviction pending resolution of the writ application.  On the showing made, we
find relator is not entitled to the relief requested.  Accordingly, we deny this writ
application and the request for a stay of the eviction.

Gretna, Louisiana, this 21st day of February, 2025.

**SJW**
**MEJ**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/21/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-79**

### E-NOTIFIED
 24th Judicial District Court (Clerk)
 Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Georgia N. Ainsworth (Relator)
Carey L. Menasco (Respondent)

### MAILED
Charles B. Wilmore (Respondent)
Attorney at Law
701 Poydras Street
Suite 5000
New Orleans, LA 70139

David J. Halpern (Relator)
Attorney at Law
909 Poydras Street
Suite 3600
New Orleans, LA 70112